UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **Criminal No. 12-239 (RWR)** |
| v. : | |
| : | |
| JEEVON JONES et al., : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that on December 19, 2014, the government provided defense counsel with additional information relating to Special Agent Matthew Lowry's alleged misconduct. Attached to this filing is the letter detailing what was provided to defense counsel, in redacted form. Defense counsel received the letter un-redacted.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447889

By:

_____/s/_____
GEORGE ELIOPOULOS
D.C. Bar No. 390-601
Assistant United States Attorney
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 252-6957
george.p.eliopoulos@usdoj.gov