

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

December 19, 2014

| | |
|---|---|
| **Joseph Roll Conte**<br>Law Offices of  J.R. Conte, PLLC<br>400 Seventh Street, NW<br>Washington, DC 20004-2202<br>Tel:  202-638-4100<br>E-mail:  dcgunlaw@gmail.com | **Joanne Slaight, Esq.**<br>400 7th Street, N.W., Suite 400<br>Washington, DC 20004<br>jslaight@att.net |
| **John L. Machado**<br>Law Office of John Machado<br>503 D Street, NW, Suite 310<br>Washington, DC 20001<br>Tel:  703-989-0840<br>E-Mail:  johnmachadoesq@kreative.net | **Mark Carroll, Esq.**<br>9520 Reach Road<br>Potomac, MD 20854<br>markjcarroll@hotmail.com |
| **David Benowitz, Esq**.<br>406 5th Street, NW<br>2nd Floor<br>Washington, DC 20001<br>benowitz@gmail.com | |

Re:  <u>United States v. Jeevon Jones, et al.,</u>
      **Criminal No. 12-239 (RWR)**

Dear Counsel:

I write to provide you with additional information about the alleged misconduct of a

1

special agent of the Federal Bureau of Investigation ("FBI") and that agent's role in the government's investigation of the defendants charged in this case. As you are aware, FBI Special Agent Matthew Lowry is under investigation for alleged tampering with evidence. The alleged tampering includes tampering with narcotics evidence and mishandling firearm evidence seized during investigations. FBI Special Agent Matthew Lowry has been suspended. The United States Attorney's Office for the Eastern District of Pennsylvania ("USAO-EDPA"), in conjunction with the Department of Justice's Office of the Inspector General ("DOJ-OIG"), is conducting a criminal investigation into FBI Special Agent Matthew Lowry's alleged misconduct. As is the general practice at the Department of Justice when a federal agent is under criminal investigation, the prosecuting office where the agent regularly works (in this case the United States Attorney's Office for the District of Columbia ("USAO-DC")) is recused from that criminal investigation.

### I. MATERIALS DISCLOSED PURSUANT TO THE COURT'S PROTECTIVE ORDER.

Out of an abundance of caution, the USAO-DC hereby provides to you materials received from the USAO-EDPA. The USAO-DC has made limited redactions to these materials to protect personal identifiers and private medical information. Enclosed please find a disc with electronic copies of documents, which, with two exceptions (see items #14 and #15 in the list below), are being disclosed to you pursuant to the protective order issued by the Court in this case on ▮▮▮▮ See ▮▮▮▮▮▮▮. Your use and dissemination of these materials is governed by the terms of this protective order. A list of the documents governed by this protective order

---

[1] Note that the footer on the attached materials, which states "Contents subject to protective orders issued in U.S. District Court on November 18, 2014 and November 19, 2014" refer to orders issued by a different Judge and in a different Case.

2

follows.

1. Memorandum of Investigation ("MOI") ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (EDPA-00001).

2. Office of the Inspector General Warnings and Assurances signed by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (EDPA-00002).

3. Transcribed Sworn Statement of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (EDPA-00003 to EDPA-00087). [2]

4. MOI ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (EDPA-00088).

5. Office of the Inspector General Warnings and Assurances signed by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (EDPA-00089).

6. Transcribed Sworn Statement of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (EDPA-00090 to EDPA-00152). [3]

7. MOI ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (EDPA-00153).

8. Office of the Inspector General Warnings and Assurances signed by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (EDPA-00154).

9. Transcribed Sworn Statement of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (EDPA-00155 to EDPA-00240). [4]

---

[2] Although the statement of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

[3] Although the statement of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

[4] Although the statement of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

10. MOI ███████████████████████████████████
███████████████████████████ (EDPA-00241).

11. MOI ███████████████████████████████████
███████████████████████████ (EDPA-00260 to EDPA-00262).

12. MOI ███████████████████████████████████
███████████████████████████ (EDPA-00258).

13. MOI ███████████████████████████████████
████████████████ (EDPA-00257).

The materials listed immediately below in items #14 and #15 are provided to you outside the restrictions of the Protective Order:

14. MOI reflecting the gathering of travel records of FBI Special Agent Matthew Lowry received November 21, 2014 (EDPA-00263 to EDPA-00264).

15. List of investigators assigned to Cross Border Task Force (2011 – Present) (USAODC-001 to USAODC-003).

The following materials listed in item #s 16 through 19 are provided to you pursuant to the restrictions of the Protective Order:

16. MOI ███████████████████████████████████
████████████████ (EDPA-00242 to EDPA-00248).

17. MOI ███████████████████████████████████
████████████████ (EDPA-00249 to EDPA-00256).

18. MOI ███████████████████████████████████
████████████████ (EDPA-00303 to EDPA-00312).

19. MOI ███████████████████████████████████████

███ (EDPA-00265 to EDPA-00266).

## II.   OTHER MATERIALS DISCLOSED, NOT SUBJECT TO THE PROTECTIVE ORDER.

In addition to the above, I am providing you with materials not subject to the Court's protective order. Here again, the USAO-DC has made limited redactions to these materials to protect personal identifiers, sealed documents, pending investigations, and law enforcement sensitive information. A list of the materials on the disc follows:

1. A total of 49 pages of FBI Washington Field Office ("WFO") evidence access logs identifying what is believed to be FBI Special Agent Matthew Lowry's name or signature for three WFO evidence control locations:

    - the WFO Night Safe communications center log (for overnight storage of evidence that could not be deposited into the Night Depository Box) (FBI-WFO_000613 to FBI-WFO_000615);
    - the WFO Night Depository Box log (FBI-WFO_000616 to FBI-WFO_000623); and
    - the WFO Evidence Control Center log (FBI-WFO_000624 to FBI-WFO_000661).

2. Logs in the following date ranges were reviewed for FBI Special Agent Matthew Lowry's name and/or signature: WFO Night Safe communications center log, from 12/15/10 to 10/3/14; WFO Night Depository Box log, from 10/29/10 to 10/9/14; and WFO Evidence Control Center log, from 12/30/08 to 10/3/14. The WFO Drug Vault log from 07/29/11 to 10/16/14 was also reviewed for FBI Special Agent Matthew Lowry's

name and/or signature with negative results. Upon request, the government will make the entirety of these four logs available for review by defense counsel at the USAO-DC so that defense counsel can conduct their own review for FBI Special Agent Matthew Lowry's name and/or signature.

3. A total of 416 photographs depicting FBI Special Agent Matthew Lowry's FBI vehicle when it was searched on two dates. Part one (OIG_000115 to OIG_000290) contains 176 photographs taken on 9/30/14. Part two (OIG_000291 to OIG_000530) contains 240 photographs taken on 10/02/14. Upon request, the government will make more lightly redacted versions of these photographs available for review by defense counsel at the USAO-DC. The law enforcement sensitive material they contain will be generally explained to defense counsel upon request.

4. A revised version of the "WFO Evidence Audit Report October 2014," originally produced on November 19, 2014, with the names of various FBI Agents un-redacted (FBI_WFO-00001 to FBI_WFO-00007). According to the FBI, this document was created as part of a preliminary review to identify cases for further investigation by the Department of Justice's Office of the Inspector General. It identifies potential evidence tampering and forgery in matters in which FBI Special Agent Matthew Lowry was involved with the handling of evidence.

5. Spread sheets and accompanying paperwork and documents which are referenced in the WFO Evidence Audit Report October 2014 (FBI_WFO-000017 to FBI_WFO-000612).

        Sincerely,

        ____/s/_____
        GEORGE ELIOPOULOS
        D.C. Bar No. 390-601
        Assistant United States Attorney
        555 4th Street, NW, 4th Floor
        Washington, DC 20530
        (202) 252-6957
        george.p.eliopoulos@usdoj.gov