UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 12-239 (RBW) |
| v. | : | **FILED** |
| JEEVON JONES, et. al. | : | DEC 17 2014 |
| Defendants. | : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## ORDER

Upon consideration of the Government's Motion to Unseal, In Part, the Government's November 17, 2014, Ex Parte Submission to the Court, it is this 17th day of December, 2014,

ORDERED, that the Government's Motion to Unseal is granted. It is further

ORDERED, that the Government's Motion to Unseal and this Order shall be unsealed and that the Clerk of the Court place them on the public docket in the above-captioned case. It is further

ORDERED, that the Attachment to the Government's Motion to Unseal be unsealed and placed on the public docket. The Attachment consists of: (1) the cover letter to the Government's November 17, 2014 ex parte, under seal and in camera submission to this Court; (2) the Government's cover letter to the November 17, 2014, ex parte submission to United States District Court Judge Emmet G. Sullivan in United States v. Floyd, Cr. No. 13-305(EGS) (the "November 17th Floyd submission") attached to the November 17, 2014 cover letter; and (3) "Attachment C" to the November 17th Floyd submission, which consisted of a proposed disclosure letter to the defendants in United States v. Floyd, and two redacted attachments, i.e., the Federal Bureau of Investigation's ("FBI") listing of items found in Agent Lowry's FBI

vehicle and the FBI's report of its review of its records related to Agent Lowry. It is further

ORDERED that Attachments A and B to the November 17th Floyd submission remain

filed ex parte, under seal and in camera in this matter until further order of the Court.

_____
JUDGE REGGIE B. WALTON
Judge
United States District Court for the District of Columbia